**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFREDO R.,[1]<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | No. 2:25-cv-08079 AH (DSR)<br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint in this action seeking court review pursuant to 42 U.S.C. § 405(g) of the Commissioner's decision denying benefits, the Briefs of the respective parties, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. The Court has also considered Plaintiff's September 17, 2026, Objections to the Report and Recommendation and conducted a de novo review of those portions of the Report and Recommendation to which Respondent objected, as well as Plaintiff's Notice of Supplemental Authority. Having conducted a de novo review, Respondent's September 17, 2026, Objections do not cause this Court to alter or modify the Report and Recommendation.

IT IS THEREFORE ORDERED that:

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

(a) the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge; and

(b) the decision of the Commissioner is AFFIRMED.

Judgment will be entered accordingly on a separate form.

IT IS SO ORDERED.

DATED:OCTOBER 28, 2026

Anne Hwang

HONORABLE ANNE HWANG
UNITED STATES DISTRICTJUDGE