**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALFREDO R.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

No. 2:25-cv-08079 AH (DSR)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: OCTOBER 28, 2026

HONORABLE ANNE HWANG
UNITED STATES DISTRICTJUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.